**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

IN RE: Will Delafayette Davis §
§ CASE NO. 26-44486-elm13
§ CHAPTER 13
§

**DEBTOR'S(S') CERTIFICATE THAT ALL TAX RETURNS HAVE BEEN FILED**

Pursuant to the Standing Order Concerning All Chapter 13 Cases and 11 U.S.C. § 1325(a)(9), the Debtor(s) certifies/certify as follows:

**I/WE HAVE FILED** all federal income tax returns with the Internal Revenue Service (IRS) for the following 4-year period ending immediately prior to my bankruptcy petition date, those being the returns for tax years: 2022, 2023, 2024, and 2025.

In addition, **I/WE HAVE FILED** any other Federal, State and local tax returns required under applicable bankruptcy law and as required by 11 U.S.C. § 1308 for all taxable periods ending during the 4-year period ending immediately prior to my bankruptcy petition date, those being described as follows (identify the type of tax and period):

________________________________________
________________________________________.

**I/WE ACKNOWLEDGE** that the failure to file any tax return required by 11 U.S.C. § 1308 may result in dismissal or conversion of my/our bankruptcy case under 11 U.S.C. § 1307(e).

**I/WE DECLARE** under penalty of perjury that the foregoing information is true and correct.

DATED: 10/2/2026

__________________________
DEBTOR

__________________________
JOINT DEBTOR