United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Will Delafayette Davis,<br><br>Debtor. | Case No. 26-44486-elm13<br><br>Chapter 13 |

**ORDER EXTENDING AUTOMATIC STAY**

On this day, the Court considered *Debtor's Motion to Extend Automatic Stay* pursuant to 11 U.S.C. § 362(c)(3)(B) ("Motion"). Having considered the Motion and the evidence presented, and finding that adequate notice and an opportunity for hearing were provided, the Court finds that the Motion should be granted.

The Court finds that Debtor has demonstrated by clear and convincing evidence that this case was filed in good faith as to all creditors to be stayed and has rebutted any applicable presumption under 11 U.S.C. § 362(c)(3)(C). Debtor's changed personal and financial

circumstances provide a reasonable basis to conclude that this case will result in a confirmed Chapter 13 plan that Debtor will fully perform

**IT IS THEREFORE ORDERED** that the automatic stay imposed by 11 U.S.C. § 362(a) is extended and shall remain in effect beyond the thirty-day period provided by 11 U.S.C. § 362(c)(3)(A), as to Debtor and all creditors and parties in interest, until otherwise terminated by operation of law or further order of this Court.

IT IS SO ORDERED.

**# # # End of Order # # #**

Submitted by:

Clayton L. Everett
Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border Street
Arlington, TX 76010
P: 817-704-3984
clayton@norredlaw.com
Attorney for Debtor