# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br><br>Will Delafayette Davis<br><br>Debtor. | Case No. 26-44486-elm13<br><br>Chapter 13 |

**DECLARATION OF WILL DELAFAYETTE DAVIS**

Pursuant to 28 U.S.C. § 1746, I, Will Delafayette Davis declare under penalty of perjury that the foregoing is true and correct:

1. I am the Debtor in this Chapter 13 case and make this declaration from personal knowledge.

2. I previously filed Chapter 13 Case No. 25-43887-MXM-13.

3. I am self-employed and earn my income through my trucking business.

4. In early 2026, the mother of my son was involved in an automobile accident and required substantial assistance and care.

5. I had to take significant time away from work to assist her, which caused a temporary reduction in my income.

6. During that period, I fell behind on my Chapter 13 plan payments and my tax reporting obligations.

7. The mother of my son has recovered and I am no longer required to take substantial time away from work to care for her.

8. I have returned to regular work and my income has stabilized.

9. My current average monthly income is approximately $10,000, and my current monthly expenses are approximately $6,500.

10. I understand that my prior case was dismissed after I failed to timely provide a required tax return or transcript, and I intend to timely provide all required tax and financial documents in this case.

11. I intend to make my Chapter 13 plan payments when due and believe I can perform under a feasible Chapter 13 plan.

12. I filed this case in good faith to reorganize my debts and preserve my residence, and not merely to delay my creditors.

**I declare under penalty of perjury that the foregoing is true and correct**.

Executed on October 6, 2026, in Tarrant County, Texas.

ID o77FQN238o88vVxoJeXPwA34
________________________ (signature)
Will DeLafayette Davis