United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-44486-elm
Will Delafayette Davis Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Oct 05, 2026 Form ID: 309I Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Will Delafayette Davis, 3319 Oak Run Lane, Mansfield, TX 76063-2875 |
| 23540936 | + | 917 Opportunity Fund, LLC, 2550 McMillan Pkwy, Fort Worth, TX 76137-5001 |
| 23540937 | + | 971 Industrial Park, LLC, 6121 Country Road 608, Cross Timber, TX 76028-1135 |
| 23540941 | | Attorney General/Child Support Division, Attn: Bankruptcy, PO Box 12017, Austin, TX 78711-2017 |
| 23540942 | + | Baylor Scott & White, PO Box 1123, Minneapolis, MN 55440-1123 |
| 23540957 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23540958 | + | Deutsche Bank National Trust Company c/o Nationsta, PO Box 619096, Dallas, TX 75261-9096 |
| 23540961 | + | Home Tax Solutions, LLC, P.O. Box 675303, Dallas, TX 75267-5303 |
| 23540967 | + | Loan Express, 347 W. Jefferson, Dallas, TX 75208-4602 |
| 23540973 | + | Nancy Ribaudo, 201 Main Street Suite 2500, Fort Worth, TX 76102-3129 |
| 23540977 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 23540981 | + | Radius Global Solution, c/o Laboratory Corporation of America, Po Box 1259, Oaks, PA 19456-1259 |
| 23540982 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23540985 | + | Shaie Davis, 6210 Brook Forest Dr, Arlington, TX 76018-5323 |
| 23540988 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23540993 | + | Wells Fargo Bank, National Association c/o Nations, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Oct 05 2026 22:52:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | Email/Text: 341Docs@ch13ftw.com | Oct 05 2026 22:53:00 | Pam Bassel (NRH), Standing Chapter 13 Trustee, 6851 NE Loop 820, Ste 300, North Richland Hills, TX 76180-6608 |
| 23540939 | + | EDI: ATTWIREBK.COM | Oct 06 2026 03:29:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 23540938 | + | EDI: MAXMSAIDV | Oct 06 2026 03:29:00 | Aidvantage, P.O. Box 300001, Greenville, TX 75403-3001 |
| 23540940 | ^ | MEBN | Oct 05 2026 22:50:44 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23540943 | + | Email/Text: ljalovec@belaw.com | Oct 05 2026 22:52:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23540949 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 05 2026 22:53:00 | CBE Group, PO Box 900, Waterloo, IA 50704-0900 |
| 23540945 | + | EDI: CAPITALONE.COM | Oct 06 2026 03:29:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23540947 | + | EDI: CAPITALONE.COM | Oct 06 2026 03:29:00 | Capital One, by American InfoSource as Agent, PO Box 71083, Charlotte, NC 28272-1083 |

| | | | | |
|---|---|---|---|---|
| 23540944 | + | EDI: CAPITALONE.COM | Oct 06 2026 03:29:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23540946 | + | EDI: CAPITALONE.COM | Oct 06 2026 03:29:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23540948 | + | EDI: CAPITALONE.COM | Oct 06 2026 03:29:00 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23540950 | + | Email/Text: AllBankruptcyEBN@il.cslegal.com | Oct 05 2026 22:52:00 | Codilis & Moody PC, 20405 State Highway 249 Suite 170, Houston, TX 77070-2620 |
| 23540951 | + | Email/Text: ctcdupecust@cornwelltools.com | Oct 05 2026 22:52:00 | Cornwell Quality Tools, 667 Seville Road, Wadsworth, OH 44281-1077 |
| 23540952 | + | EDI: CCS.COM | Oct 06 2026 03:28:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 23540953 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2026 22:55:09 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23540954 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Oct 05 2026 22:53:00 | Credit Systems International, Inc, PO Box 1088, Arlington, TX 76004-1088 |
| 23540955 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Oct 05 2026 22:53:00 | Credit Systems International, Inc, Attn: Bankruptcy, PO Box 1088, Arlington, TX 76004-1088 |
| 23540956 | + | Email/Text: edbknotices@ecmc.org | Oct 05 2026 22:52:00 | Department of Education, Office of General Counsel, 400 Maryland Ave SW Rm 6E353, Washington, DC 20202-0001 |
| 23540959 | + | EDI: AMINFOFP.COM | Oct 06 2026 03:28:00 | First Premier, 601 S Minnesota, Sioux Falls, SD 57104-4824 |
| 23540960 | + | Email/Text: Loan.Recovery@frostbank.com | Oct 05 2026 22:52:00 | Frost Bank, PO Box 1600, San Antonio, TX 78296-1600 |
| 23540963 | + | EDI: IRS.COM | Oct 06 2026 03:29:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23540964 | | EDI: JEFFERSONCAP.COM | Oct 06 2026 03:29:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302 |
| 23540965 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 05 2026 22:53:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23540968 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 23:08:33 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23540966 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 05 2026 22:53:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23540971 | | Email/Text: EBN@Mohela.com | Oct 05 2026 22:52:00 | Mohela/Dofed, MOHELA, Attn: Bankruptcy 633 Spirit Driv, Chesterfield, MO 63005-1243 |
| 23540970 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2026 22:52:00 | Midland Funding, 350 Camino De La Reine Suite 100, San Diego, CA 92108-3007 |
| 23540972 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 22:52:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 23540974 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 05 2026 22:55:13 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barre, PA 18773-9640 |
| 23540975 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 05 2026 22:55:04 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 23540976 | + | Email/Text: NCU.Special.Services@myncu.com | Oct 05 2026 22:53:00 | Neighborhood Credit Union, PO Box 803476, Dallas, TX 75380-3476 |
| 23540979 | | EDI: PRA.COM | Oct 06 2026 03:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 23540978 | + | Email/Text: emccain@pbfcm.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 05 2026 22:52:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23540980 | + | EDI: Q3G.COM | Oct 06 2026 03:29:00 | Quantum3 Group, LLC, as agent for Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23540983 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 05 2026 22:53:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 23540984 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2026 22:53:00 | Santander Consumer USA, 601 Penn St, Reading, PA 19601-3544 |
| 23540987 | | Email/Text: pacer@cpa.state.tx.us | Oct 05 2026 22:53:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23540989 | + | Email/Text: bcd@oag.texas.gov | Oct 05 2026 22:52:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23540990 | + | Email/Text: txtcoll@texastrustcu.org | Oct 05 2026 22:53:00 | Texas Trust Credit Union, Attn: Bankruptcy Department, P.O.Box 2260, Mansfield, TX 76063-0047 |
| 23540991 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 05 2026 22:53:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23540992 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 05 2026 22:52:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23540962 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23540969 | *+ | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23540986 | *+ | Shaie Davis, 6210 Brook Forest Dr, Arlington, TX 76018-5323 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Will Delafayette Davis<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–2892<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: 13 | 10/5/26 |
| Case number: | 26–44486–elm13 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Will Delafayette Davis | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3319 Oak Run Lane<br>Mansfield, TX 76063 | |
| **4. Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Pam Bassel (NRH)<br>Standing Chapter 13 Trustee<br>6851 NE Loop 820<br>Ste 300<br>North Richland Hills, TX 76180 | Contact phone 817–770–8500<br>Email: 341docs@ch13ftw.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br>Contact phone 817–333–6000<br>Date: 10/5/26 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 803 298 3593, and Passcode 9966277922, OR call 1–682–254–2252**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| | **For the Dallas and Fort Worth Divisions Only:**<br>The specific time for this meeting will be assigned by the trustee indicated in section #5 of this notice. For futher detailed information please visit the trustee's website at:<br>Tom Powers Website: http://dallasch13.com<br>Pam Bassel (Hurst) Website: https://www.13network.com/trustees/fww/fwwhome.aspx<br>Pam Bassel (NRH), formerly Tim Truman's office Website: https://www.13network.com/trustees/ftw/ftwhome.aspx | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/17/27** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/14/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/3/27** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |