UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:
Will Delafayette Davis

CASE NO: 26-44486

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 18

On 10/21/2026, I did cause a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 18

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/21/2026

/s/ Clayton L. Everett
Clayton L. Everett 24065212
Attorney for Debtor
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

Will Delafayette Davis

CASE NO: 26-44486

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 18

On 10/21/2026, a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 18

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/21/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

917 OPPORTUNITY FUND, LLC
2550 MCMILLAN PKWY
FORT WORTH, TX 76137

971 INDUSTRIAL PARK, LLC
6121 COUNTRY ROAD 608
CROSS TIMBER, TX 76028

AIDVANTAGE
P.O. BOX 300001
GREENVILLE, TX 75403

AT&T
PO BOX 6416
CAROL STREAM, IL 60197

ATTORNEY GENERAL
MAIN JUSTICE BLDG, ROOM 5111
10TH & CONSTITUTION AVE., N.W.
WASHINGTON, DC 20530

ATTORNEY GENERAL/CHILD SUPPORT DIVISION
ATTN: BANKRUPTCY
PO BOX 12017
AUSTIN, TX 78711-2017

BAYLOR SCOTT & WHITE
PO BOX 1123
MINNEAPOLIS, MN 55440

BRACKETT & ELLIS
100 MAIN ST.
FORT WORTH, TX 76102

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY, UT 84130

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272

CAPITAL ONE - BUSINESS CARD
PO BOX 71083
CHARLOTTE, NC 28272

CBEGROUP
PO BOX 900
WATERLOO, IA 50704

CODILIS & MOODY PC
20405 STATE HIGHWAY 249 SUITE 170
HOUSTON, TX 77070

CORNWELL QUALITY TOOLS
667 SEVILLE ROAD
WADSWORTH, OH 44281

CREDIT COLLECTION SERVICES
725 CANTON ST.
NORWOOD, MA 02062

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS, NV 89193

CREDIT SYSTEMS INTERNATIONAL, INC
PO BOX 1088
ARLINGTON, TX 76004

CREDIT SYSTEMS INTERNATIONAL, INC
ATTN: BANKRUPTCY
PO BOX 1088
ARLINGTON, TX 76004

DEPARTMENT OF EDUCATION
OFFICE OF GENERAL COUNSEL
400 MARYLAND AVE SW RM 6E353
WASHINGTON, DC 20202

DEPARTMENT OF JUSTICE TAX
1700 PACIFIC AVE. SUITE 3700
DALLAS, TX 75201

DEUTSCHE BANK NATIONAL TRUST COMPANY C/O
NATIONSTA
PO BOX 619096
DALLAS, TX 75261

FIRST PREMIER
601 S MINNESOTA
SIOUX FALLS, SD 57104

FROST BANK
PO BOX 1600
SAN ANTONIO, TX 78296

HOME TAX SOLUTIONS, LLC
P.O. BOX 675303
DALLAS, TX 75267

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
SPECIAL PROCEDURES-INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST. CLOUD, MN 56302

LGBS
100 THROCKMORTON ST # 300
FORT WORTH, TX 76102

LINEBARGER GROGGANS BLAIR & SAMPSON, LLP
3500 MAPLE AVE STE 800
DALLAS, TX 75219

LOAN EXPRESS
347 W. JEFFERSON
DALLAS, TX 75208

LVNV FUNDING
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

MIDLAND FUNDING
350 CAMINO DE LA REINE SUITE 100
SAN DIEGO, CA 92108

MOHELA/DOFED
MOHELA, ATTN: BANKRUPTCY 633 SPIRIT DRIV
CHESTERFIELD, MO 63005-1243

MR. COOPER
ATTN: BANKRUPTCY
PO BOX 619094
DALLAS, TX 75261-9741

NANCY RIBAUDO
201 MAIN STREET SUITE 2500
FORT WORTH, TX 76102

NAVIENT
ATTN: BANKRUPTCY
PO BOX9640
WILKES-BARRE, PA 18773

NAVIENT
ATTN: CLAIMS DEPT
PO BOX9500
WILKES-BARRE, PA 18773

NEIGHBORHOOD CREDIT UNION
PO BOX803476
DALLAS, TX 75380

NORRED LAW, PLLC
NORRED LAW, PLLC
515 E. BORDER
ARLINGTON, TX 76010

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E. BORDER #640
ARLINGTON, TX 76010

PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX41067
NORFOLK, VA 23541

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX788
KIRKLAND, WA 98083-0788

QUANTUM3 GROUP, LLC
AS AGENT FOR WOLLEMI ACQUISITIONS LLC
PO BOX788
KIRKLAND, WA 98083

RADIUS GLOBAL SOLUTION
C/O LABORATORY CORPORATION OF AMERICA
PO BOX1259
OAKS, PA 19456

RICK BARNES TARRANT COUNTY TAX ASSESSOR
100 E WEATHERFORD
FORT WORTH, TX 76196

ROCKET MORTGAGE
ATTN: BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT, MI 48226

SANTANDER CONSUMER USA
601 PENN ST
READING, PA 19601

SHAIE DAVIS
6210 BROOK FOREST DR
ARLINGTON, TX 76018

SHAIE DAVIS
6210 BROOK FOREST DR
ARLINGTON, TX 76018

STATE COMPTROLLER
REVENUE ACCOUNTING DIVISION
PO BOX 13528
AUSTIN, TX 78711

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
C/O CAMILLE STECKER
3500 MAPLE AVE., SUITE 800
DALLAS, TX 75219

TEXAS ALCOHOLIC BEVERAGE COMMISSION-TAXING
AUTHORI
5806 MESA DR.
AUSTIN, TX 78731

TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY-COLLECTIONS DIV.
PO BOX 12548
AUSTIN, TX 78711

TEXAS TRUST CREDIT UNION
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 2260
MANSFIELD, TX 76063

TEXAS WORKFORCE COMM.
TEC BUILDING-BANKRUPTCY
101 E. 15TH STREET
AUSTIN, TX 78778

U.S. TRUSTEE
1100 COMMERCE ST., RM 976
DALLAS, TX 75242

WELLS FARGO BANK, NATIONAL ASSOCIATION C/O
NATIONS
PO BOX 619096
DALLAS, TX 75261

PAM BASSEL (NRH)
STANDING CHAPTER 13 TRUSTEE
6851 NE LOOP 820
STE 300
NORTH RICHLAND HILLS, TX 76180

WILL DELAFAYETTE DAVIS
3319 OAK RUN LANE
MANSFIELD, TX 76063

CLAYTON EVERETT
515 E. BORDER ST.
STE 163
ARLINGTON, TX 76010

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
C/O CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS, TX 75219

CAMILLE STECKER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 MAPLE AVENUE
SUITE 800
DALLAS, TX 75219

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS, TX 75202

DAVID ANTHONY SCHROEDER, I
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH
SUITE 225
SAN DIEGO, CA 92108