United States Bankruptcy Court
Northern District of Texas

In re: Will Delafayette Davis
Debtor

Case No. 26-44486-elm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Nov 12, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Will Delafayette Davis, 3319 Oak Run Lane, Mansfield, TX 76063-2875 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Clayton Everett | on behalf of Debtor Will Delafayette Davis clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David Anthony Schroeder, I | on behalf of Creditor Wells Fargo Bank National Association ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com |
| Pam Bassel (NRH) | 341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 11, 2026**

**United States Bankruptcy Judge**

---

## United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Will Delafayette Davis,<br><br>Debtor. | Case No. 26-44486-elm13<br><br>Chapter 13 |

## ORDER EXTENDING AUTOMATIC STAY

On this day, the Court considered *Debtor's Motion to Extend Automatic Stay* pursuant to 11 U.S.C. § 362(c)(3)(B) ("Motion"). Having considered the Motion and the evidence presented, and finding that adequate notice and an opportunity for hearing were provided, the Court finds that the Motion should be granted.

The Court finds that Debtor has demonstrated by clear and convincing evidence that this case was filed in good faith as to all creditors to be stayed and has rebutted any applicable presumption under 11 U.S.C. § 362(c)(3)(C). Debtor's changed personal and financial

circumstances provide a reasonable basis to conclude that this case will result in a confirmed Chapter 13 plan that Debtor will fully perform

**IT IS THEREFORE ORDERED** that the automatic stay imposed by 11 U.S.C. § 362(a) is extended and shall remain in effect beyond the thirty-day period provided by 11 U.S.C. § 362(c)(3)(A), as to Debtor and all creditors and parties in interest, until otherwise terminated by operation of law or further order of this Court.

IT IS SO ORDERED.

**# # # End of Order # # #**

Submitted by:

Clayton L. Everett
Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border Street
Arlington, TX 76010
P: 817-704-3984
clayton@norredlaw.com
Attorney for Debtor