**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 26-44486-ELM** |
| | § | |
| **WILL DELAFAYETTE DAVIS, xxx-xx-2892**<br>**3319 OAK RUN LANE**<br>**MANSFIELD, TX 76063** | §<br>§<br>§ | **Chapter 13**<br><br>**Court Hearing: Thursday, January 7, 2027 at 8:30 AM** |
| **Debtor** | § | |

## NOTICE OF
## DEADLINE FOR OBJECTION TO CONFIRMATION

**December 08, 2026** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about October 19, 2026. Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102.**

## CONFIRMATION HEARING

If an Objection to Confirmation of Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, January 7, 2027** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 204, Fort Worth, TX 76102 or by WebEx at: https://us-courts.webex.com/meet/Morris, Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207).**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2026-01 governs Chapter 13 cases in the Northern District of Texas. A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Pam Bassel
Pam Bassel, Chapter 13 Trustee
Bar No. 01344800
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
Website: www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before November 17, 2026.

/s/ Pam Bassel
Pam Bassel

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX 75219
ALDRIDGE PITE, 3333 CAMINO DEL RIO S #225, SAN DIEGO, CA 92108
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

**BY FIRST CLASS MAIL:**

917 OPPORTUNITY FUND, Attn: Officer/President, 2550 MCMILLAN PWKY, FORT WORTH, TX 76137-0000

971 INDUSTRIAL PARK, Attn: Officer/President, 6121 COUNTY RD 608, BURLESON, TX 76028-0000

AIDVANTAGE, Attn: Officer/President, PO BOX 300001, GREENVILLE, TX 75403-0000

AT AND T, Attn: Officer/President, PO BOX 6416, CAROL STREAM, IL 60197

ATTORNEY GENERAL OF TEXAS, Attn: Officer/President, PO BOX 12017, AUSTIN, TX 78711

ATTORNEY GENERAL OF TEXAS, Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711

BAYLOR SCOTT & WHITE HEALTH, Attn: Officer/President, PO BOX 1123, MINNEAPOLIS, MN 55440-0000

BRACKETT & ELLIS, Attn: Officer/President, 100 MAIN ST, FT WORTH, TX 76102

CAPITAL ONE, Attn: Officer/President, PO BOX 30285, SALT LAKE CITY, UT 84130

CAPITAL ONE, Attn: Officer/President, PO BOX 30281, SALT LAKE CITY, UT 84130-0000

CAPITAL ONE BANK USA NA, Attn: Officer/President, PO BOX 71083, CHARLOTTE, NC 28272

CAPITAL ONE NA, Attn: Officer/President, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 71083, CHARLOTTE, NC 28272

CBE GROUP, Attn: Officer/President, PO BOX 900, WATERLOO, IA 50704-0000

CODILIS AND MOODY, Attn: Officer/President, 20405 STATE HWY 249 #170, HOUSTON, TX 77070-0000

CORNWELL QUALITY TOOLS, Attn: Officer/President, 667 SEVILLE RD, WADSWORTH, OH 44281-0000

CREDIT COLLECTION SERVICES, Attn: Officer/President, 725 CANTON ST, NORWOOD, MA 02062-0000

CREDIT ONE, Attn: Officer/President, PO BOX 98873, LAS VEGAS, NV 89193-0000

CREDIT SYSTEMS INTERNATIONAL, Attn: Officer/President, PO BOX 1088, ARLINGTON, TX 76004

DEPARTMENT OF EDUCATION, Attn: Officer/President, 400 MARYLAND AVE SW, WASHINGTON DC, WA 20202-0000

DEPT OF JUSTICE - TAX DIVISION, Attn: Officer/President, 1700 PACIFIC AVE #3700, DALLAS, TX 75201-0000

DEUTSCHE BANK NATIONAL TRUST CO, Attn: Officer/President, NATIONSTAR MORTGAGE, PO BOX 619096, DALLAS, TX 75261-0000

FIRST PREMIER BANK, Attn: Officer/President, 500 S MINNESOTA AVE, SIOUX FALLS, SD 57104-0000

FROST BANK, Attn: Officer/President, PO BOX 1600, SAN ANTONIO, TX 78296

HOME TAX SOLUTIONS, Attn: Officer/President, PO BOX 675303, DALLAS, TX 75267-0000

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101

JEFFERSON CAPITAL SYSTEMS LLC, Attn: Officer/President, PO BOX 7999, ST CLOUD, MN 56302-0000

LA FITNESS, Attn: Officer/President, PO BOX 54170, IRVINE, CA 92619-0000

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, Attn: Officer/President, 3500 MAPLE AVE #800, DALLAS, TX 75219-0000

**BY FIRST CLASS MAIL:**

LINEBARGER GOGGAN BLAIR ET AL, Attn: Officer/President, 100 THROCKMORTON #1700, FT WORTH, TX 76102-0000

LOAN EXPRESS, Attn: Officer/President, 347 W JEFFERSON, DALLAS, TX 75208-0000

LVNV FUNDING LLC, Attn: Officer/President, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603

MIDLAND FUNDING, Attn: Officer/President, 350 CAMINO DE LA REINE #100, SAN DIEGO, CA 92108-0000

MOHELA/DEPT OF ED, Attn: Officer/President, 633 SPIRIT DR, CHESTERFIELD, MO 63005-0000

MR COOPER, Attn: Officer/President, PO BOX 619094, DALLAS, TX 75261-0000

NAVIENT, Attn: Officer/President, PO BOX 9500, WILKES BARRE, PA 18773-0000

NAVIENT SOLUTIONS INC, Attn: Officer/President, PO BOX 9640, WILKES BARRE, PA 18773

NEIGHBORHOOD CREDIT UNION, Attn: Officer/President, PO BOX 803476, DALLAS, TX 75380

NORRED LAW PLLC, Attn: Officer/President, 515 E BORDER, ARLINGTON, TX 76010-0000

OFFICE OF THE ATTORNEY GENERAL, Attn: Officer/President, FIELD OPERATIONS MAIL CODE 038, PO BOX 12400, AUSTIN, TX 78711

PERDUE BRANDON FIELDER COLLINS AND MOTT, Attn: Officer/President, 500 E BORDER ST #640, ARLINGTON, TX 76010-0000

PORTFOLIO RECOVERY ASSOC, Attn: Officer/President, PO BOX 41067, NORFOLK, VA 23541-0000

QUANTUM3 GROUP LLC, Attn: Officer/President, PO BOX 788, KIRKLAND, WA 98083

RADIUS GLOBAL SOLUTION, Attn: Officer/President, C/O LABORATORY CORPORATION OF AMERICA, PO BOX 1259, OAKS, PA 19456

ROCKET MORTGAGE, Attn: Officer/President, 1050 WOODWARD AVE, DETROIT, MI 48226

SANTANDER BANK, Attn: Officer/President, 601 PENN ST, READING, PA 19601

SHAIE DAVIS, Attn: Officer/President, 6210 BROOK FOREST DR, ARLINGTON, TX 76018-0000

TARRANT COUNTY TAX COLLECTOR, Attn: Officer/President, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196

TEXAS ALCOHOLIC BEVERAGE COMM, Attn: Officer/President, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711

TEXAS CHILD SUPPORT, Attn: Officer/President, DISBURSEMENT UNIT, PO BOX 659791, SAN ANTONIO, TX 78265

TEXAS COMPTROLLER PUBLIC ACCTS, Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS TRUST CREDIT UNION, Attn: Officer/President, PO BOX 2260, MANSFIELD, TX 76063-0000

TEXAS WORKFORCE COMMISSION, Attn: Officer/President, TAX DEPT COLLECTION FKA TEC, BANKRUPTCY ROOM 556-A, AUSTIN, TX 78778-0000

UNITED STATES ATTORNEY, CIVIL PROCESS CLERK, 1100 COMMERCE ST #300, DALLAS, TX 75242

US ATTORNEY GENERAL, US DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530

US DEPARTMENT OF JUSTICE, Attn: Officer/President, 10TH & CONSTITUTION NW, WASHINGTON, DC 20530-0000

VANGUARD RV & BOAT STORAGE, Attn: Officer/President, 6800 W US HWY 377, TOLAR, TX 76476-0000

**BY FIRST CLASS MAIL:**

WELLS FARGO BANK, Attn: Officer/President, NATIONSTAR MORTGAGE, PO BOX 619096, DALLAS, TX 75261-0000

WILL DELAFAYETTE DAVIS, 3319 OAK RUN LANE, MANSFIELD, TX 76063-0000