Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Will Delafayette Davis,<br><br>Debtor. | Case No. 26-44486-elm13<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 13 Bankruptcy Case* (ECF No. 5) was served on November 17, 2026, via First-Class Mail, postage prepaid to LA Fitness and Vanguard RV & Boat Storage at the following addresses:

LA Fitness
PO Box 54170
Irvine, CA 92619

Vanguard RV & Boat Storage
6800 W US Hwy 377
Tolar, TX 76476

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor