**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**

**WILL DELAFAYETTE DAVIS**

**Debtor,**

**Case No: 26-44486-ELM**

**Court Hearing:**
**Time & Date: 8:30 AM on**
**Thursday, January 7, 2027**

## TRUSTEE'S OBJECTION TO CONFIRMATION

**TO THE HONORABLE EDWARD L MORRIS, U.S. BANKRUPTCY JUDGE:**

Now comes Pam Bassel, the Standing Chapter 13 Trustee, and files herein the "Trustee's Objection to Confirmation" of the Plan heretofore filed herein by Debtor, and for the same would respectfully show the Court as follows:

Based on information provided by the Debtor, the Trustee is unable to determine if the Plan meets the requirements of 11 U.S.C. Section 1322 and 11 U.S.C. Section 1325. In this regard the Trustee would show the following:

Need most recent six months Profit & Loss Statement.

The Debtor has been scheduled for a business interview with the Trustee's Business Case Analyst on 12/10/2026. Until the financial affairs of the Debtor are more completely examined, the Trustee currently is unable to recommend Confirmation of the Plan.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that said Plan not be confirmed unless and until it has been modified to cure all objections set forth hereinabove, and for general relief.

Respectfully submitted,

By: /s/ Angela D. Allen

Pam Bassel, Bar # 01344800
Standing Chapter 13 Trustee
Angela Allen, Bar # 007869700
Staff Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Confirmation" was served on all parties listed below in the manner listed below on or before November 23, 2026.

/s/ Angela D. Allen

Pam Bassel, Angela Allen

**BY FIRST CLASS MAIL:**

WILL DELAFAYETTE DAVIS, 3319 OAK RUN LANE, MANSFIELD, TX 76063-0000

**BY ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX 75219

ALDRIDGE PITE, 3333 CAMINO DEL RIO S #225, SAN DIEGO, CA 92108

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242