**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**
**WILL DELAFAYETTE DAVIS** **Case No. 26-44486-ELM**

**DEBTOR(S),**

**REPORT OF ( CONCLUDED) SECTION 341 MEETING**
**AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:** Meeting Date: November 18, 2026
Original Date: November 18, 2026

1. Debtor(s) Appeared? D1: **YES**
ID Checked: **YES**
SS Checked: **YES**

2. Debtor(s) attorney/paralegal appeared? **YES** Debtor(s) attorney\firm: **Clayton Everett** *representing* **NORRED LAW PLLC**

3. Creditors Appeared: **None** *representing*

4. **341 Meeting: CONCLUDED**

5. Payment Information:

| | | | |
|---|---|---|---|
| Current monthly payment per Plan: | **$5,000.00** | First Payment due: | **11/4/2026** |
| $ rec'd as of 11/23/2026 | **$5,000.00** | Length of Plan: | **60 months** |
| Base Amount per Plan: | **$429,000.00** | | |

**Confirmation Issues: REFER TO LEGAL: YES**

The tests for Confirmation have/have not been met, as follows:

Y 6. Disposable Income(monthly): **$14.00** x **60** ACP = Unsecured Pool per Trustee: **$840.00**

Y 7. Base Amount is sufficient. UCP per Plan: **$840.00**

Y 8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

Y 9. Best Interest: Exemptions: Federal: **NO** State:

Non-exempt Property Description and Equity in each item: **cash**
Total Equity in non-exempt prop. $ **207.52** Total Non-Exempt Equity per Plan: **$207.52**

Y 11. Exemptions Proper: If no, explain:

Y 12. Feasibility: Surplus per I & J: **$7,264.50**

_ Step _ Balloon _ Unemployed _ Negative Surplus/ Insuff Surplus _ Projected Income Other:

Plan Payments:

| Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
|---|---|---|---|---|
| D1 | 11/04/2026 | $5,000.00 | MO | 12 |
| D1 | 11/04/2027 | $6,200.00 | MO | 24 |
| D1 | 11/04/2029 | $9,175.00 | MO | 24 |

Y 13. Good Faith Petition and Plan:

a. Plan Payment at least 90 % I minus J $ **$6,538.05**

b. Plan **does** contain non-standard language.

c. Other:

Y 14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

Y 15. Debtor testified that previous 4 years tax returns have been filed with the IRS. If no, year(s) not filed:

Year(s) not provided to Trustee's office:

Y 16. Business Case Meeting Required?

**Y** 17. Debtor Attorney Fees meet Guidelines.

By: /s/ Angela Allen

Angela Allen
Presiding Officer

---

18. Legal Department Notes: Trustee recommends confirmation based on the above representations except:

Objection to be Filed?: **YES**

Objection Type: **UD - Specific**
**UD - Bus Interview Reqd**

By: Angela Allen
Attorney for Trustee / Trustee