**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ' | |
| | ' | **CASE NO. 26-44486-ELM13** |
| **WILL DELAFAYETTE DAVIS,** | ' | |
| | ' | **CHAPTER 13** |
| **Debtor** | ' | |
| | ' | |
| | ' | |
| | ' | |
| | ' | |

**OBJECTION TO CONFIRMATION BY WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITS INDIVIDUAL OR BANKING CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2005-HE1**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual or banking capacity, but solely in its capacity as Trustee for the Merrill Lynch Mortgage Investors Trust, Series 2005-HE1, its successors and/or assigns ("Creditor"), a secured creditor and party in interest, and pursuant to 11 U.S.C. 1322 (b)(2), 1324 and 1325(a)(5), and Bankruptcy Rule 3015(f) files its Objection to Debtor's proposed Chapter 13 Plan ("Plan"), and in support thereof would respectfully show the Court as follows:

**BACKGROUND**

1. Debtor filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code on October 5, 2026.

2. On September 30, 2004, a Note (the "Note") was executed by borrower, Sondrea Lydia Campbell into First Bank d/b/a First Bank Mortgage in the original principal sum of $216,000.00 which is secured by a Deed of Trust of even date therewith granting a lien against real

estate located at 3319 Oak Run Ln, Mansfield, TX 76063 ("Property"). Copies of the Note and Deed of Trust are attached to Creditor's proof of claim on file in this case.

3. The bar date for the filing of the Proof of Claim is after the confirmation hearing scheduled in this case. Creditor is in the process of preparing its Proof of Claim. Creditor asserts this Objection to preserve its rights and to assist in the efficient administration of the confirmation process.

**OBJECTION TO PROPOSED PLAN**

4. Creditor objects to confirmation of the Plan because the Plan understates the pre-petition arrears due and owing under the Note. Debtor’s Plan incorrectly states that there is only $83,985.58 due in arrearages, when in fact, Creditor is entitled to full payment of its secured pre-petition arrearage claim pursuant to the Note and Deed of Trust in the amount of $205,949.62 as of October 5, 2026. Creditor therefore objects to the proposed treatment of its secured claim.

5. Because the arrears listed for Creditor are understated, the Chapter 13 Plan may not be feasible.

6. Because Creditor was forced to file this Objection to Confirmation to protect its secured interest in the subject real property, it has incurred reasonable attorneys’ fees.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Creditor prays that this Court deny confirmation of the Plan as proposed, award attorneys' fees and costs, and grant Creditor such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

By: /s/ Anthony Schroeder

Anthony Schroeder, SBN 24106407
**ATTORNEY FOR CREDITOR**
**ALDRIDGE PITE, LLP**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (713) 293-3636
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

**CERTIFICATE OF CONFERENCE AND CERTIFICATE OF SERVICE**

I hereby certify that I contacted Debtor's counsel regarding the filing of this objection and the basis of this objection by email on November 19, 2026. As of the date of filing, I have not received a response and assume this motion to be opposed.

I hereby certify I caused a copy of the foregoing *Objection to Confirmation* to be served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on November 25, 2026.

/s/ Anthony Schroeder
Anthony Schroeder

**DEBTOR'S ATTORNEY**
**(via electronic notice)**

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010
clayton@norredlaw.com

**DEBTOR**

Will Delafayette Davis
3319 Oak Run Lane
Mansfield, TX 76063

**TRUSTEE**
**(via electronic notice)**

Pam Bassel
Office of The Standing Ch.13 Trustee
860 Airport Freeway Suite 150
Hurst, TX 76054
bassel341docs@fwch13.com

**U. S. TRUSTEE**
**(via electronic notice)**

U.S. Trustee
Department of Justice
1100 Commerce Street Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

**PARTIES REQUESTING NOTICE AND/OR EFFECTED PARTIES**
**(via electronic notice if so designated for receipt of such in CM/ECF)**